UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cr-60034-BB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH ANDERS,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant Kenneth Ander's Renewed Motion for Compassionate Release due to Serious Health Risks and Outbreak of COVID-19, ECF No. [52] ("Motion"). The Government filed a response in opposition, ECF No. [54] ("Response"), to which Defendant filed a reply, ECF No. [55] ("Reply"). The Court has reviewed the Motion, the Response, the Reply, the record in this case, the applicable law, and is otherwise fully advised. For the reasons set forth below, the Motion is denied.

On June 10, 2020, the Court denied Defendant's initial motion for compassionate release, which motion was based on Defendant's underlying medical conditions against the backdrop of the pandemic. ECF No. [50] ("Order"). Specifically, the Court determined that compassionate release was inappropriate because, accepting that Defendant exhausted his administrative remedies and that he had extraordinary and compelling reasons for release, Defendant failed to demonstrate that the applicable § 3553(a) factors weighed in favor of a sentence modification or that he is not a danger to the community. *Id.* Defendant now returns seeking compassionate release because of his medical conditions amid the COVID-19 pandemic. ECF No. [52]. He requests the Court reduce

his sentence to time served and that he begins serving his 3 years supervised release as soon as possible. *Id.* at 4.[1] The Government opposes, arguing that while the Motion focuses largely on the "extraordinary and compelling" analysis, that is not at issue, and Defendant fails to address the reasons for denial of his initial motion as expressed in the Order. ECF No. [54]. Additionally, the Government maintains that Defendant is a danger to the community, arguing that supervised release is insufficient to protect the community because Defendant's crimes were "committed largely by contacting his victims by phone and defrauding them." *Id.* at 5.

Upon review, the Court does not find a basis to disturb the Order. Although Defendant has again demonstrated that he has serious medical concerns supporting "extraordinary and compelling reasons" for release, he fails to persuade the Court that the § 3553(a) factors militate in his favor or that he is not a danger to the community. Defendant presents no new evidence or argument to show that his sentence warrants reduction apart from his underlying medical issues. Further, while the Court is sympathetic to Defendant's fears of catching COVID-19, his medical records do not reflect that he has tested positive for the virus, or that the procedures in place or the resources available at the BOP facilities are insufficient to protect him from the virus. In fact, as stated in the Motion, since July 2020, Defendant has been placed in confinement to prevent him "from exposure to other prisoners who may carry the disease." ECF No. [11] at 10-11. In any event, the BOP website indicates that there is presently only one confirmed active inmate case at FCI Coleman

---

[1] The Motion represents that Defendant is housed at FCI Forrest City Medium, and the Response states that Defendant was transferred to Atlanta USP. However, the Bureau of Prisons' online inmate locator reflects that Defendant is currently housed at FCI Coleman Medium with a scheduled release date of February 22, 2022. *See* https://www.bop.gov/mobile/find_inmate/index.jsp#inmate_results (Kenneth Anders, BOP Register Number 21834-057, last visited December 22, 2020).

Medium.[2] Because Defendant has again failed to carry his burden to support compassionate release, the Motion is denied.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [52]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 26, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of record

---

[2] *COVID-19 Cases*, Federal Bureau of Prisons, https://www.bop.gov/coronavirus/ (last visited December 22, 2020).